U.S. DISTRICT COURT
NORTHERN DIS... ...AS

FEB 2 4 2017

CLERK, U.S. DIS... ...RT

By _____
             Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JOHN BRATTON,                    §
                                 §
          Plaintiff,             §
                                 §
VS.                              §    NO. 4:16-CV-966-A
                                 §
ALLSTATE FIRE AND CASUALTY       §
INSURANCE COMPANY,               §
                                 §
          Defendant.             §

## FINAL JUDGMENT

Consistent with the discussions had and rulings made during a telephone conference/hearing conducted in the above-captioned action on the date of the signing of this final judgment, with counsel for plaintiff, John Bratton, and counsel for defendant, Allstate Fire and Casualty Insurance Company, on the line,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff in the above-captioned action against defendant be, and are hereby, dismissed; and

The court further ORDERS, ADJUDGES, and DECREES that each party bear costs of court and attorney's fees incurred by such party.

SIGNED February 24, 2017.


                              JOHN McBRYDE
                              United States District Judge